IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARY CALDWELL, Personally and as Administrator of the Estate of the Deceased, RONALD CALDWELL,<br><br>Plaintiff,<br><br>v.<br><br>ACCORDIUS HEALTH AT WINSTON SALEM LLC, ACCORDIUS HEALTH LLC; THE PORTOPICCOLO GROUP LLC, SIMCHA HYMAN,<br>Defendants. | 1:23-CV-1028 |

## JUDGMENT

For the reasons set forth in the Order filed on January 3, 2024, Doc. 8, and no motion to stay having been filed, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice to the arbitration proceeding and without prejudice to any appropriate lawsuit brought after the arbitration is completed to enforce or set aside its results.

This the 13th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE